UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHILOVE CHERY SAIMPLICE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OCWEN LOAN SERVICING, LLC, ONEWEST )<br>BANK, FSB, INDYMAC MORTGAGE )<br>SERVICES, and TRUSTEE SERVICES OF )<br>CAROLINA, LLC, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:18-cv-308-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motions to dismiss [D.E. 11, 19], and the court DISMISSES the complaint without prejudice.

**This Judgment Filed and Entered on January 23, 2019, and Copies To:**

| | |
|---|---|
| Chilove Chery Saimplice | (Sent to 4605 Marathon Lane Raleigh, NC 27616 via US Mail) |
| Danielle Kara Greco | (via CM/ECF electronic notification) |
| Andrew L. Peterson | (via CM/ECF electronic notification) |

DATE:  
January 23, 2019

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk